LOUISE LAROCQUE ARNOLD, Respondent, v. KATE DARLING BERTOLINI, Appellant, Impleaded with EDWARD L. TINKER and Another, Respondents, and THE

New York Trust Company, as Trustee, etc., Defendant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.